**Marshall Ray MILLER, Petitioner—Appellant,**

**v.**

**UNITED STATES ATTORNEY GENERAL; Bureau of Prisons; McKither Bodison, Respondents—Appellees.**

No. 09–6004.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 28, 2009.

Marshall Ray Miller, Appellant Pro Se.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall Ray Miller, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. United States Attorney General,* No. 3:08–cv–02806–TLW, 2008 WL 5244579 (D.S.C. Dec. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*